# LEE LITIGATION GROUP, PLLC

### 148 WEST 24TH STREET, EIGHTH FLOOR
### NEW YORK, NY 10011
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-465-1188
                      cklee@leelitigation.com

November 15, 2019

**<u>Via ECF</u>**

The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Almanzar v. KonTo Euro Caribbean Cuisine Corp. d/b/a Seawalk*
      <u>Case No. 19-cv-6093</u>(JGK)(JLC)

Dear Judge Koeltl:

We are counsel for Plaintiff in the above-referenced matter. We write jointly with counsel to Defendants, to inform the Court that the parties do not consent to trial before the Magistrate Judge and do not at this time request a referral to the Magistrate Judge for the purposes of settlement pursuant to Your Honor's Order on October 3, 2019. *See* Dkt. # 12.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF