UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIENVENIDO ALMANZAR,

                Plaintiff,        Case No.: 1:19-cv-06093 (JGK)

  -against-                   **NOTICE OF ACCEPTANCE**
                                                            **OF OFFER OF JUDGMENT**

KON'TO EURO CARIBBENA CUISINE CORP,
    d/b/a SEAWALK,
and GREGORIO GONZALEZ

                Defendants.

---

      Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff BIENVENIDO ALMANZAR hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated January 21, 2020 and annexed hereto as **Exhibit A**.

Dated: January 23, 2020

                                          Respectfully submitted,

                               By:    */s/ C.K. Lee*
                                        C.K. Lee, Esq.
                                        LEE LITIGATON GROUP, PLLC
                                        148 West 24th Street, 8th Floor
                                        New York, NY 10011
                                        cklee@leelitigation.com
                                        Tel.: (212) 465-1188
                                        Fax: (212) 465-1181
                                        *Attorneys for Plaintiff*

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BIENVENIDO ALMANZAR, on behalf of himself, FLSA collective Plaintiffs, and the Class<br><br>                                        Plaintiff,<br>-against-<br><br>KON'TO EURO CARIBBENA CUISINE CORP. d/b/a SEAWALK, and GREGORIO GONZALEZ,<br><br>                                        Defendants. | Case No. 1:19-cv-06093-JGK<br><br>**OFFER OF JUDGMENT** |

TO:    C.K. Lee, Esq.
          LEE LITIGATION GROUP, PLLC
          148 West 24th Street, Eighth Floor
          New York, New York 10011

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants KON'TO EURO CARIBBENA CUISINE CORP. d/b/a SEAWALK, and GREGORIO GONZALEZ, hereby offer to allow Judgment to be entered against them in this action in the amount of Fifteen Thousand Dollars ($15,000) including all of Plaintiffs' claims for relief, attorneys' fees and costs. This offer of judgment is made for the purposes specified in Federal Rule of Procedure 68, and is not to be construed as either an admission that Defendant is liable in this action, or that Plaintiff has suffered any damages. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: New York, New York
         January 21, 2020

                                                                */s/ Martin E. Restituyo*
                                                          By: Martin E. Restituyo, Esq.
                                                           Law Offices of Martin E. Restituyo, P.C.
                                                           1345 Avenue of the Americas, 33rd Floor
                                                           New York, NY 10105
                                                           restituyo@restituyolaw.com

                                                           *Attorney for Defendants*