**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

BIENVENIDO ALMANZAR,

                      Plaintiff,            Case No.: 1:19-cv-06093 (JGK)

      -against-                **[PROPOSED]**
                                                                 **RULE 68 JUDGMENT**
KON'TO EURO CARIBBENA CUISINE CORP,
     d/b/a SEAWALK,
and GREGORIO GONZALEZ

                    Defendants.
_____

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants KON'TO EURO CARIBBENA CUISINE CORP d/b/a SEAWALK, and GREGORIO GONZALEZ (collectively "Defendants") having offered to allow Plaintiff BIENVENIDO ALMANZAR ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Fifteen Thousand Dollars ($15,000.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiff's federal and state law claims;

      **WHEREAS**, on January 23, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (Dkt. No. 16);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $15,000.00 as against Defendants. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2020          _____
      New York, New York                        JOHN G. KOELTL
                                                  United States District Judge