**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BIENVENIDO ALMANZAR,

                Plaintiff,

-against-

KON'TO EURO CARIBBENA CUISINE CORP,
    d/b/a SEAWALK,
and GREGORIO GONZALEZ

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-28-20

Case No.: 1:19-cv-06093 (JGK)

[~~PROPOSED~~]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants KON'TO EURO CARIBBENA CUISINE CORP d/b/a SEAWALK, and GREGORIO GONZALEZ (collectively "Defendants") having offered to allow Plaintiff BIENVENIDO ALMANZAR ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Fifteen Thousand Dollars ($15,000.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiff's federal and state law claims;

**WHEREAS**, on January 23, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (Dkt. No. 16);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $15,000.00 as against Defendants. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: 1/27 , 2020
New York, New York

_____
JOHN G. KOELTL
United States District Judge